# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LILLIE TRAVIS, on her own behalf and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO: 8:17-CV-02851-MSS-TGW<br>) |
| SABER HEALTHCARE GROUP, LLC., d/b/a "The Crossings of Riverview", | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LILLIE TRAVIS ("Plaintiff") and Defendant, SABER HEALTHCARE GROUP, LLC ("Defendant"), through their undersigned counsel and pursuant to Local Rule 3.08, hereby advise the Court that the parties have reached an amicable settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file an appropriate motion pertaining to the approval of the settlement and dismissal of this action.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DATED this 12th day of January, 2018.

Respectfully submitted,

| | |
|---|---|
| W. JOHN GADD, ATTORNEY AT LAW | JACKSON LEWIS P.C. |
| Bank of America Building | 390 N. Orange Avenue, Suite 1285 |
| 2727 Ulmerton Road, Suite 250 | Orlando, Florida 32801 |
| Clearwater, FL 33762 | Telephone: (407) 246-8440 |
| Telephone:    (727) 524-6300 | Facsimile:  (407) 246-8441 |
| | |
| By:    */s/ W. John Gadd* | By:   */s/ Alicia M. Chiu* |
|           W. John Gadd |          Donald C. Works, III |
|           Florida Bar No. 463061 |          Florida Bar No.  0340308 |
|           wjg@mazgadd.com |          worksd@jacksonlewis.com |
| | |
| Attorney for Plaintiff |          Alicia M. Chiu |
| |          Florida Bar No. 0058366 |
| |          chiua@jacksonlewis.com |
| | |
| | Attorneys for Defendant |

4827-1898-9655, v. 1