UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LILLIE TRAVIS, on her own behalf and others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>SABER HEALTHCARE GROUP, LLC., d/b/a "The Crossings of Riverview",<br><br>   Defendant. | CASE NO: 8:17-CV-02851-MSS-TGW |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

  Plaintiff, LILLIE TRAVIS ("Plaintiff") and Defendant, SABER HEALTHCARE GROUP, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action with prejudice, as the Parties have agreed to resolve Plaintiff's FLSA claims without compromise and affording Plaintiff full relief.

  In situations, such as this, approval pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982) is not required because Plaintiff neither compromised her back pay nor her liquidated damages. The attorney's fees paid in resolution of the claim have been negotiated separately, after discussion of reasonable time spent, and without regard to the value of Plaintiff's claims.

DATED this 2nd day of February, 2018.

Respectfully submitted,

| | |
|---|---|
| LEE LAW, PLLC<br>1971 West Lumsden Road, Suite 303<br>Brandon, Florida 33511<br>Telephone:     (813) 343-2813 | JACKSON LEWIS P.C.<br>390 N. Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile:  (407) 246-8441 |
| By:     */s/ Kyle J. Lee*<br>          Kyle J. Lee, Esq.<br>          Florida Bar No. 105321<br>          Kyle@kyleleelaw.com | By:   */s/ Alicia M. Chiu*<br>         Donald C. Works, III<br>         Florida Bar No.  0340308<br>         worksd@jacksonlewis.com |
| Attorney for Plaintiff | Alicia M. Chiu<br>Florida Bar No. 0058366<br>chiua@jacksonlewis.com |
| | Attorneys for Defendant |

4827-1898-9655, v. 1